United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROBERT PESTANA,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA STATE COURT SYSTEM, et al.,<br><br>    Defendants. | Case No. 15-cv-05294-JSW<br><br>**ORDER GRANTING IN PART MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; VACATING DEADLINES FOR ADR AND INITIAL DISCLOSURES AND STAYING DISCOVERY; AND GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 9, 10 |

The Court GRANTS Plaintiff's motion to continue the initial case management conference. The initial case management conference is HEREBY CONTINUED to April 15, 2016, at 11:00 a.m. The parties shall file joint or separate case management statements no later than April 8, 2016. The remainder of the Court's January 5, 2016 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement remains in effect.

The Court GRANTS IN PART Plaintiff's motion to continue the ADR deadlines for this case. Instead of continuing these dates, the Court VACATES the following deadlines: the January 29, 2016 deadline for the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; to file ADR Certification; and to file stipulation to ADR process or notice of need for ADR telephone conference; and the February 12, 2016 deadline to complete initial disclosures. Additionally, the Court STAYS initial disclosures and discovery pending the case management conference. In their case management statement(s), the parties SHALL address whether discovery and ADR should remain stayed pending the filing

1  and disposition of motions to dismiss.

2      The Court GRANTS Plaintiff's motion for leave to file a First Amended Complaint to
3  correct the spelling of the names of four Defendants and correct an unintentionally omitted
4  sentence fragment in paragraph 8 of the prayer for relief.  The Clerk shall file the First Amended
5  Complaint attached to Plaintiff's January 13, 2016 motion.

6      All deadlines for service of the operative Complaint remain in effect.

7      **IT IS SO ORDERED.**

8  Dated: January 14, 2016

                                                      JEFFREY S. WHITE
                                                      United States District Judge